UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEICKSON JAVIER DELGADO AVILA,<br>JUAN CARLOS RONDON PEREZ,<br>CARLOS JAVIER RONDON OJEDA,<br><br>          Petitioners,<br><br>          v.<br><br>BRANDON CROWLEY,<br>SAMUEL OLSON,<br>TODD LYONS,<br>KRISTI NOEM,<br>PAMELA BONDI,<br>          Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:25-cv-533-MPB-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Order to Show Cause**

The Court, having considered the above action and the matters which are pending, makes the following rulings:

1. The respondents are **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Order to Show Cause shall be **distributed electronically to** the United States Attorney.

2. The **clerk is directed** to issue process **by mail** to the Clay County Respondents. Process will consist of the petition (dkt. [1]), exhibits (dkts. [1-1] and [1-2], [1-3], [1-4], [1-5], summonses (dkts. [1-6], [1-7], [1-8], [1-9], [1-10], and [1-11]), and this order.

3. The respondents will have **through November 7, 2025**, to answer the allegations of the habeas petition and **show cause** why the relief sought by the petitioner should not be granted. The petitioner will have **four days after service of the answer** to reply.

1

4. The Court takes notice that, in the last month, District Courts including this Court have granted at least two dozen petitions on the same grounds asserted by the petitioner here.[1] The Court's preliminary research reveals no cases reaching the opposite conclusion. In their response, the respondents should account for those cases and explain why this Court should reach a different result.

**IT IS SO ORDERED.**

Dated: October 29, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

---

[1] *Carmona v. NOEM, et al.,* No. 1:25-CV-1131, 2025 WL 2992222 (W.D. Mich. Oct. 24, 2025); *Caballero v. Baltazar, et al.*, No. 25-CV-03120-NYW, 2025 WL 2977650 (D. Colo. Oct. 22, 2025); *Jose Mariano Miguel, Petitioner, v. Kristi Noem et al., Respondents.,* No. 25 C 11137, 2025 WL 2976480 (N.D. Ill. Oct. 21, 2025); *Avila, v. Bondi, et al.*, No. CV 25-3741 (JRT/SGE), 2025 WL 2976539 (D. Minn. Oct. 21, 2025); *Casio-Mejia v. Raycraft, et al.*, No. 2:25-CV-13032, 2025 WL 2976737 (E.D. Mich. Oct. 21, 2025); *Contreras-Lomeli v. Raycraft, et al.*, No. 2:25-CV-12826, 2025 WL 2976739, (E.D. Mich. Oct. 21, 2025); *Garcia v. Raybon, et al.*, No. 2:25-CV-13086, 2025 WL 2976950 (E.D. Mich. Oct. 21, 2025); *Santos Franco v. RAYCRAFT, et al.*, No. 2:25-CV-13188, 2025 WL 2977118 (E.D. Mich. Oct. 21, 2025); *Sanchez v. Wofford, et al.*, No. 1:25-CV-01187-SKO (HC), 2025 WL 2959274 (E.D. Cal. Oct. 17, 2025); *Contreras-Cervantes, et al. v. Raycraft, et al.*, No. 2:25-CV-13073, 2025 WL 2952796 (E.D. Mich. Oct. 17, 2025); *Diaz Sandoval v. Raycraft, et al.*, No. 2:25-CV-12987, 2025 WL 2977517 (E.D. Mich. Oct. 17, 2025); *Sanchez Alvarez v. Noem, et al.*, No. 1:25-CV-1090, 2025 WL 2942648, at *1 (W.D. Mich. Oct. 17, 2025); *Ochoa v. Noem, et al.*, No. 25 CV 10865, 2025 WL 2938779, (N.D. Ill. Oct. 16, 2025); *Puga v. Assistant Field Off. Dir., Krome N. Serv. Processing Ctr.*, No. 25-24535-CIV, 2025 WL 2938369 (S.D. Fla. Oct. 15, 2025); *Merino, v. RIPA, et al.*, No. 25-23845-CIV, 2025 WL 2941609 (S.D. Fla. Oct. 15, 2025); *Alejandro v. Olson, et al.*, No. 1:25-CV-02027-JPH-MKK, 2025 WL 2896348 (S.D. Ind. Oct. 11, 2025); *Eliseo A.A. v. Olson*, No. CV 25-3381 (JWB/DJF), 2025 WL 2886729 (D. Minn. Oct. 8, 2025); *Chanaguano Caiza v. Scott*, No. 1:25-CV-00500-JAW, 2025 WL 2806416 (D. Me. Oct. 2, 2025); *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025); *Quispe-Ardiles v. Noem*, No. 1:25-CV-01382-MSN-WEF, 2025 WL 2783800 (E.D. Va. Sept. 30, 2025); *Helbrum v. Williams Olson*, No. 4:25-CV-00349-SHL-SBJ, 2025 WL 2840273 (S.D. Iowa Sept. 30, 2025); *Alves da Silva v. US Immigr. & Customs Enf't*, No. 25-CV-284-LM-TSM, 2025 WL 2778083 (D.N.H. Sept. 29, 2025); *Chang Barrios v. Shepley*, No. 1:25-CV-00406-JAW, 2025 WL 2772579 (D. Me. Sept. 29, 2025); *Quispe V. Crawford*, No. 1:25-CV-1471-AJT-LRV, 2025 WL 2783799 (E.D. Va. Sept. 29, 2025).

Distribution:

All Electronically Registered Counsel

Brandon Crowly
Jail Commander
611 East Jackson Street
Brazil, IN 47834

Courtesy copies (by electronic mail):

    Shelese Woods, Assistant U.S. Attorney (shelese.woods@usdoj.gov)