UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEICKSON JAVIER DELGADO AVILA,<br>JUAN CARLOS RONDON PEREZ,<br>CARLOS JAVIER RONDON OJEDA,<br><br>Petitioners,<br><br>v.<br><br>BRANDON CROWLEY, *et al.*,<br><br>Respondents. | No. 2:25-cv-00533-MPB-MJD |

## FINAL JUDGMENT

The Court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The petition for relief pursuant to 28 U.S.C. § 2241 is **granted**.

Date: November 13, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All electronically registered counsel of record